UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAWN BRYANT, f/k/a RAMSEY, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> I.C. SYSTEM, INC., § <br> § <br> *Defendants*. § | CASE NO. 1:18-cv-3164 |

**DEFENDANT I.C. SYSTEM, INC.'S
ORIGINAL ANSWER**

TO THE HONORABLE JUDGE:

COMES NOW, Defendant I.C. SYSTEM, INC. ("**ICS**") and files its Original Answer as follows:

**JURISDICTION AND VENUE**

1. ICS lacks knowledge or information sufficient to form a belief about the truth of Paragraph 1; therefore, it denies the same.

2. ICS lacks knowledge or information sufficient to form a belief about the truth of Paragraph 2; therefore, it denies the same.

**PARTIES**

3. ICS lacks knowledge or information sufficient to form a belief about the truth of Paragraph 3; therefore, it denies the same.

4. ICS admits that it regularly acts as a debt collector as defined by the FDCPA. However, ICS lacks knowledge or information sufficient to form a belief about whether it acted

1

as a debt collector as defined by the FDCPA in this matter; therefore, it denies the same.

5. ICS admits Paragraph 5.

6. ICS admits Paragraph 6.

## FACTUAL ALLEGATIONS

7. ICS denies that it uses credit reporting as a means to collect debts. ICS lacks knowledge or information sufficient to form a belief about the truth of the rest of Paragraph 7; therefore, it denies the same.

8. ICS lacks knowledge or information sufficient to form a belief about the truth of Paragraph 8; therefore, it denies the same.

9. ICS lacks knowledge or information sufficient to form a belief about the truth of Paragraph 9; therefore, it denies the same.

10. ICS denies Paragraph 10.

11. ICS lacks knowledge or information sufficient to form a belief about the truth of Paragraph 11; therefore, it denies the same.

12. ICS denies Paragraph 12 as it is not a complete or accurate statement of the law.

## COUNT I

13. ICS adopts and realleges the paragraphs above.

14. ICS denies Paragraph 14 as it is not a complete or accurate statement of the law.

15. ICS denies Paragraph 15.

16. ICS denies Paragraph 16.

## COUNT II

17. ICS adopts and realleges the paragraphs above.

18. ICS denies Paragraph 18 as it is not a complete or accurate statement of law.

19. ICS denies Paragraph 19.

20. ICS denies Paragraph 20.

## PRAYER FOR RELIEF

21. ICS denies that Plaintiff is entitled to any of the relief requested.

## JURY DEMAND

22. ICS admits that Plaintiff requests a jury trial.

## AFFIRMATIVE DEFENSES

23. Any violation, if it occurred, was the result of a bona fide error.

24. Plaintiff's damages, if any, were pre-existing damages not caused by ICS.

25. Plaintiff has failed to mitigate damages, if any.

26. Plaintiff proximately caused her own damages, if any.

WHEREFORE, PREMISES CONSIDERED, ICS respectfully prays that Plaintiff take nothing herein, that ICS be dismissed with their costs, and all other and further relief, at law or in equity, to which ICS may be justly entitled.

Dated: November 13, 2018

Respectfully submitted,

/s/ PATRICK A. WATTS
Patrick A. Watts
State Bar No. 61701
Watts Law Group LLC
212 South Bemiston Ave, Suite 200
St. Louis, Missouri 63105
pwatts@swattslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 13, 2018, the foregoing was filed electronically with the Clerk of the Court and served by operation of the Court's electronic filing system to the following counsel of record:

David J. Philipps
Mary E. Philipps
Angie K. Robertson
Carissa Rasch
PHILIPPS AND PHILIPPS, LTD.
9760 S. Roberts Road
Suite One
Palos Hills, IL 60465
708-974-2900
Fax: (708)974-2907
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com
carissa@philippslegal.com


John Thomas Steinkamp
JOHN T. STEINKAMP AND ASSOCIATES
5214 S. East Street
Suite D-1
Indianapolis, IN 46227
(317) 780-8300
Fax: (317) 217-1320
steinkamplaw@yahoo.com

*Attorneys for Plaintiff*

                                              */s/ Patrick Watts*